**Fill in this information to identify your case:**

Debtor 1  Carlos _____ Silva
         First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: District of New Jersey (Trenton)
                                                                    (State)
Case number  19-15197
(if known)

# Official Form 427
## Cover Sheet for Reaffirmation Agreement

12/15

Anyone who is a party to a reaffirmation agreement may fill out and file this form. Fill it out completely, attach it to the reaffirmation agreement, and file the documents within the time set under Bankruptcy Rule 4008.

### Part 1: Explain the Repayment Terms of the Reaffirmation Agreement

**1. Who is the creditor?**

Nationstar Mortgage LLC d/b/a Mr. Cooper
Name of the creditor

**2. How much is the debt?**

On the date that the bankruptcy case is filed  $ 245,500.22

To be paid under the reaffirmation agreement  $ 246,381.81

*$ 2,008.94 per month for 374 months (if fixed interest rate)
*Said amount does not include any optional premium amount however; said amount may include an amount for escrow which is subject to change.

**3. What is the Annual Percentage Rate (APR) of interest? (See Bankruptcy Code § 524(k)(3)(E).)**

Before the bankruptcy case was filed  5.250 %

Under the reaffirmation agreement  5.250 %   ☑ Fixed rate
                                              ☐ Adjustable rate

**4. Does collateral secure the debt?**

☐ No.
☑ Yes. Describe the collateral. 5 CHARLOTTE ST CARTERET NJ 07008
       Current market value $ _____

**5. Does the creditor assert that the debt is nondischargeable?**

☑ No
☐ Yes. Attach an explanation of the nature of the debt and the basis for contending that the debt is nondischargeable.

**6. Using information from Schedule I: Your Income (Official Form 106I) and Schedule J: Your Expenses (Official Form 106J), fill in the amounts.**

Income and expenses reported on Schedules I and J

6a. Combined monthly income from line 12 of Schedule I  $ 3530.89

6b. Monthly expenses from line 22c of Schedule J  $ 4220.31

6c. Monthly payments on all reaffirmed debts not listed on Schedule J  − $ 0

6d. Scheduled net monthly income
Subtract lines 6b and 6c from 6a.
If the total is less than 0, put the number in brackets.  $ −689.42

Income and expenses stated on the reaffirmation agreement

6e. Monthly income from all sources after payroll deductions  $ 3530.89

6f. Monthly expenses  − $ 3231.00

6g. Monthly payments on all reaffirmed debts not included in monthly expenses  − $ 0

6h. Present net monthly income
Subtract lines 6f and 6g from 6e.
If the total is less than 0, put the number in brackets.  $ 299.89

| Official Form 427 | Cover Sheet for Reaffirmation Agreement | 270 |
| --- | --- | --- |
| | | page 1 |

Debtor 1  Carlos _____ Silva                                    Case number (if known) 19-15197
         First Name  Middle Name  Last Name

7. Are the income amounts on lines 6a and 6e different?
   ☒ No
   ☐ Yes. Explain why they are different and complete line 10. _____

8. Are the expense amounts on lines 6b and 6f different?
   ☐ No
   ☒ Yes. Explain why they are different and complete line 10. Amount to creditors is not apart of expenses.

9. Is the net monthly income in line 6h less than 0?
   ☒ No
   ☐ Yes. A presumption of hardship arises (unless the creditor is a credit union).
   Explain how the debtor will make monthly payments on the reaffirmed debt and pay other living expenses. Complete line 10.

10. Debtor's certification about lines 7-9

    If any answer on lines 7-9 is Yes, the debtor must sign here.

    I certify that each explanation on lines 7-9 is true and correct.

    ✗ _____[signature]_____                              ✗ _____
    Signature of Debtor 1                                Signature of Debtor 2 (Spouse Only in a Joint Case)

    If all the answers on lines 7-9 are No, go to line 11.

11. Did an attorney represent the debtor in negotiating the reaffirmation agreement?
    ☐ No
    ☒ Yes. Has the attorney executed a declaration or an affidavit to support the reaffirmation agreement?
       ☐ No
       ☒ Yes

## Part 2: Sign Here

Whoever fills out this form must sign here.

I certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Cover Sheet for Reaffirmation Agreement.

✗ _____[signature]_____                                        Date 5/3/19
Signature                                                       MM / DD / YYYY

Rodney J. Alberto, Esq.
Printed Name

Check one:
☒ Debtor or Debtor's Attorney
☐ Creditor or Creditor's Attorney

Form 2400A (12/15)

> Check one.
> ☐ Presumption of Undue Hardship
> ☑ No Presumption of Undue Hardship
> See Debtor's Statement in Support of Reaffirmation,
> Part II below, to determine which box to check.

# UNITED STATES BANKRUPTCY COURT
### District of New Jersey (Trenton)

In re <u>Carlos Silva</u>,
        *Debtor*

Case No. <u>19-15197</u>
Chapter <u>7</u>

## REAFFIRMATION DOCUMENTS

Name of Creditor: <u>Nationstar Mortgage LLC d/b/a Mr. Cooper</u>

☐ Check this box if Creditor is a Credit Union

### PART I. REAFFIRMATION AGREEMENT

Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.

A. Brief description of the original agreement being reaffirmed:* <u>5 CHARLOTTE ST CARTERET NJ 07008</u>
*For example, auto loan*
*\*Home mortgage loan covering the real property known as:*

B. *AMOUNT REAFFIRMED*:     $ <u>246,381.81</u>

The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before <u>04/10/19</u>, which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is <u>5.250</u> %.

*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)*   ☑ Fixed rate       ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

Form 2400A, Reaffirmation Documents

Page 2

D. **Reaffirmation Agreement Repayment Terms** *(check and complete one)*:

☒ *$ 2,008.94  per month for 374 months starting on 04/01/19

☐ Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.
   * The amount may include an amount for escrow, which is subject to change.

_____
_____
_____

E. Describe the collateral, if any, securing the debt:

   Description:            5 CHARLOTTE ST CARTERET NJ 07008
   Current Market Value    $_____

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

   ☒ Yes. What was the purchase price for the collateral?        $_____

   ☐ No. What was the amount of the original loan?              $ 303,200.00

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |  |
|---|---|---|---|
| Balance due *(including fees and costs)* | $245,500.22 | $ 246,381.81 | *See Part I, Section D. above |
| Annual Percentage Rate | 5.250 % | 5.250 % | |
| Monthly Payment | $ 2,008.94 | $ 2,008.94 | |

H. ☐ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:

_____
_____

# PART II. DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

   Check one.    ☒ Yes    ☐ No

B. Is the creditor a credit union?

   Check one.    ☐ Yes    ☒ No

Form 2400A, Reaffirmation Documents

Page 3

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1. Your present monthly income and expenses are:

   a. Monthly income from all sources after payroll deductions
   (take-home pay plus any other income)                                $ 3530.89

   b. Monthly expenses (including all reaffirmed debts except
   this one)                                                            $ 1222.06

   c. Amount available to pay this reaffirmed debt (subtract b. from a.)  $ 2308.83

   d. Amount of monthly payment required for this reaffirmed debt        $ 2008.94

   *If the monthly payment on this reaffirmed debt (line d.) is greater than the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

2. You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

   Check one of the two statements below, if applicable:

   [✓] You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

   [ ] You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:

   _____
   _____
   _____

   Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

    You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

Form 2400A, Reaffirmation Documents

Page 4

# PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1) I agree to reaffirm the debt described above.

(2) Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3) The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4) I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5) I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date _____   Signature _____
                                              Debtor

Date _____   Signature _____
                                              Joint Debtor, if any

Reaffirmation Agreement Terms Accepted by Creditor:

Creditor  Nationstar Mortgage LLC d/b/a Mr. Cooper    PO Box 619094 Dallas, Texas 75261
                                                                                      Address

Chastity Wilson *Print Name*
Assistant Secretary of Nationstar Mortgage  *Chastity Wilson*    May 7, 2019
d/b/a Mr. Cooper
*Print Name of Representative*              Signature                Date
Affiant

# PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date 5/3/19  Signature of Debtor's Attorney _____

                Print Name of Debtor's Attorney    Rodney J. Alberto, Esq.